UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNY TWARDZIK,

        Plaintiff,

v.

CITY OF DEARBORN HEIGHTS,
a domestic municipality, and Kevin Swope, in his
personal and official capacity, and Paul
Vanderplow, in his personal and official capacity,

        Defendants.

Case No. 2:25-cv-10182
Hon. Linda V. Parker

| DEBORAH GORDON LAW | ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, PC |
|---|---|
| Deborah L. Gordon (P27058) | Carlito H. Young (P61863) |
| Elizabeth Marzotto Taylor (P82061) | Andrea M. Pike (P74755) |
| Sarah Gordon Thomas (P83935) | Attorneys for Defendants |
| Morry Daniel Hutton (P81188) | 27555 Executive Drive, Suite 250 |
| Attorneys for Plaintiff | Farmington Hills, MI 48331 |
| 33 Bloomfield Hills Pkwy Ste 220 | (248) 489-4100 / Fax: (248) 489-1726 |
| Bloomfield Hills, MI 48304-2909 | cyoung@rsjalaw.com |
| (248) 258-2500 | apike@rsjalaw.com |
| dgordon@deborahgordonlaw.com | |
| emarzottotaylor@deborahgordonlaw.com | |
| sthomas@deborahgordonlaw.com | |
| mhutton@deborahgordonlaw.com | |

## STIPULATED ORDER DISMISSING THE CITY AND DISMISSING THE CASE WITH PREJUDICE AND WITHOUT COSTS

**IT IS HEREBY STIPULATED AND AGREED** to by the respective parties, by and through their respective counsel, that the City of Dearborn Heights is dismissed with prejudice and without costs, interest, or attorney fees and this case is

dismissed in its entirety, with prejudice and without costs, interest, or attorney fees as to any party.

This is a final Order of the Court, which resolves all pending claims and closes this case, but the Court retains jurisdiction to enforce the terms of the settlement between the parties.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 11, 2025

**STIPULATED AND AGREED TO BY:**

| DEBORAH GORDON LAW | ROSATI SCHULTZ JOPPICH & AMTSBUECHLER PC |
|---|---|
| */s/ Morry Daniel Hutton* | */s/ Andrea M. Pike* |
| Deborah L. Gordon (P27058) | Carlito H. Young (P61863) |
| Elizabeth Marzotto Taylor (P82061) | Andrea M. Pike (P74755) |
| Sarah Gordon Thomas (P83935) | Attorneys for Defendants |
| Morry Daniel Hutton (P81188) | 27555 Executive Drive, Suite 250 |
| Attorneys for Plaintiff | Farmington Hills, MI 48331 |
| 33 Bloomfield Hills Pkwy Ste 220 | (248) 489-4100 |
| Bloomfield Hills, MI 48304-2909 | |
| (248) 258-2500 | |